UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ONPOWER, INC. and THOMAS ESCH,

    Plaintiffs,

v.                                            Case No:   2:15-cv-796-FtM-99MRM

UNITED POWER LINE
CONTRACTORS, LLC and RYAN
FARRIS,

    Defendants.
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #21) filed on June 9, 2016, recommending that the Court grant Plaintiffs' Renewed Motion for Entry of Default Judgment against Ryan Farris (Doc. #16).   No objections have been filed and the time to do so has now expired.   The matter is ripe for review.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."   28 U.S.C. § 636(b)(1).   If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de*

---

[1] Disclaimer:   Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.   These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.   Likewise, the court has no agreements with any of these third parties or their Web sites.   The court accepts no responsibility for the availability or functionality of any hyperlink.   Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

*novo* review of those findings. See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district judge must review legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

ACCORDINGLY, it is hereby **ORDERED**:

1. The Report and Recommendation (Doc. #21) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. Plaintiffs' Renewed Motion for Entry of Default Judgment against Ryan Farris (Doc. #16) is **GRANTED**. Default judgment shall be entered against Ryan Farris, individually, in the amount of $100,000.00.

3. The Court finds the Settlement Agreement is valid and enforceable as to Ryan Farris; that Ryan Farris' guarantee obligation to Thomas Esch under the Addendum is valid and enforceable; that Ryan Farris' obligation to pay Thomas Esch is now due; and that there are no remaining conditions precedent to Defendant Farris' payment obligations to Thomas Esch.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of August, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

FTMP-2
Copies: All Parties of Record