UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ONPOWER, INC. and THOMAS ESCH,

      Plaintiffs,

v.                             Case No:  2:15-cv-796-FtM-99MRM

UNITED POWER LINE
CONTRACTORS, LLC and RYAN
FARRIS,

      Defendants.

_____/

**ORDER**[1]

    This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #22) filed on June 9, 2016.   Judge McCoy recommends dismissing this action against United Power Line Contractors LLC based on Plaintiff's failure to prosecute.   No objections have been filed and the time to do so has now expired.   The matter is ripe for review.

    A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).   If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de*

---

[1] Disclaimer:   Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.   These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.   Likewise, the court has no agreements with any of these third parties or their Web sites.   The court accepts no responsibility for the availability or functionality of any hyperlink.   Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

*novo* review of those findings.   *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).   However, the district judge must review legal conclusions *de novo*, even in the absence of an objection.   *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. #22) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. Defendant United Power Line Contractors LLC is **DISMISSED without prejudice.**   The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of August, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

FTMP-2
Copies: All Parties of Record